UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ALICIA SHAKIA EATON, E.D., and S.J.,           Civil No. 09-3405 JNE /AJB

    Plaintiff,

v.                                       O R D E R

MINNESOTA ATTORNEY GENERAL'S
OFFICE, HENNEPIN COUNTY
ATTORNEY'S OFFICE, HENNEPIN
COUNTY CONCILIATION COURT,
NANCY ADAMS, HENNEPIN COUNTY
DISTRICT COURT, JOHN Q. McSHANE,
and NATIVIDAD ACEVEDO,

    Defendants.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated February 8, 2010, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Plaintiff's Application To Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u>, (Docket No. 2), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

DATED: March 4, 2010.

                                                 s/ Joan N. Ericksen
                                                 Judge Joan N. Ericksen
                                                 U. S. District Court